# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Gary L Daniels, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 3:13-cv-506 |
| | ) | |
| vs. | ) | |
| | ) | |
| Frank L. Perry, Lawrence Parsons, | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 24, 2014 Order.

September 24, 2014

_____
Frank G. Johns, Clerk
United States District Court